# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MICHAEL S. GRIFFIS,**                                                                       **PLAINTIFFS**
**ADC #134561, et al**

V.                              NO.  5:08cv00290 BSM-JWC

**JAMES BLACKMON, et al**                                                                **DEFENDANTS**

## ORDER

On October 24, 2008, plaintiff Griffis filed this 42 U.S.C. § 1983 civil rights action (Doc. No. 2) naming himself, inmate Edward D. Schuler, and others similarly situated as plaintiffs.  Pursuant to the court's order entered November 18, 2008 (Doc. No. 3), inmate Schuler has filed a motion to be voluntarily dismissed from this case (Doc. No. 5). According to inmate Schuler, he does not know plaintiff Griffis and never authorized him to include his name in this action.  The court finds that no reason exists to deny inmate Schuler's request.

The motion (Doc. No. 5) is GRANTED and Edward D. Schuler is hereby dismissed from this action without prejudice.

IT IS SO ORDERED this 1st day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE