**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL S. GRIFFIS
ADC # 134561**                                                                                           **PLAINTIFF**

**v.**                                            **NO: 5:08CV00290 BSM**

**JAMES BLACKMON, et al**                                                              **DEFENDANTS**

**ORDER**

On December 19, 2008, the undersigned allowed plaintiff ten (10) days from December 19, 2008, to comply with the order dated November 18, 2008, directing him to submit a completed *in forma pauperis* application, including the required calculation sheet, and an amended complaint. The court provided plaintiff with a copy of the order dated November 18, 2008, and cautioned plaintiff that if he failed "to fully and timely comply" with the order, his case would be dismissed without prejudice. On December 30, 2008, plaintiff filed a calculation sheet, but failed to file an amended complaint as directed. The court finds that dismissal of plaintiff's complaint without prejudice is appropriate for failure to comply with court orders and failure to prosecute.

Accordingly, plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this <u>6th</u> day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE