**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL S. GRIFFIS
ADC # 134561**                                                                                          **PLAINTIFF**

**v.**                                       **NO: 5:08CV00290 BSM**

**JAMES BLACKMON, et al**                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 6th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE